# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: GLENN WILLIAMS                                                         Case No.: 24-11226-JDW
       TOUSHA FLOWERS WILLIAMS
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  04/29/2024.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  02/05/2025.
6) Number of months from filing or conversion to last payment:  10.
7) Number of months case was pending:  11.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  25,493.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $21,691.00 |
| Less amount refunded to debtor: | $16,056.13 |
| **NET RECEIPTS:** | **$5,634.87** |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $4,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,634.87 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,634.87** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACTION COLLECTION | Unsecured | 37.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | Unsecured | 2,239.12 | NA | NA | .00 | .00 |
| APPLIED BANK | Unsecured | 560.53 | NA | NA | .00 | .00 |
| ARMS | Unsecured | 34.78 | NA | NA | .00 | .00 |
| B JOEY HOOD II, ATTNY AT LAW PLLC | Secured | NA | NA | NA | .00 | .00 |
| BECKETT AND LEE LLP | Secured | NA | NA | NA | .00 | .00 |
| BECKETT AND LEE LLP | Unsecured | 278.52 | 832.95 | 832.95 | .00 | .00 |
| BRIDGECREST CREDIT COMPANY | Unsecured | .01 | 12,144.68 | 12,144.68 | .00 | .00 |
| CAPITAL ACCOUNTS LLC | Unsecured | 132.16 | NA | NA | .00 | .00 |
| CASH AMERICA TODAY | Unsecured | 718.50 | NA | NA | .00 | .00 |
| CASHNETUSA | Unsecured | 370.55 | NA | NA | .00 | .00 |
| COMMUNITY CHOICE FINANCIAL | Unsecured | 270.00 | 230.00 | 230.00 | .00 | .00 |
| COMMUNITY CHOICE FINANCIAL | Unsecured | 230.00 | 230.00 | 230.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  GLENN WILLIAMS     Case No.:  24-11226-JDW
      TOUSHA FLOWERS WILLIAMS
      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMUNITY CHOICE FINANCIAL | Unsecured | 230.00 | 230.00 | 230.00 | .00 | .00 |
| COMMUNITY CHOICE FINANCIAL | Unsecured | 230.00 | 230.00 | 230.00 | .00 | .00 |
| CREDENCE RESOURCE MANAGEMENT | Unsecured | 977.56 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 19,361.00 | 19,377.33 | 19,377.33 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 9,512.00 | 9,484.11 | 9,484.11 | .00 | .00 |
| CREDIT BUREAU SYSTEMS | Unsecured | 713.25 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICES | Unsecured | 34.00 | NA | NA | .00 | .00 |
| CREDIT CORP SOLUTIONS | Unsecured | 1,097.00 | NA | NA | .00 | .00 |
| DELTA MEDICAL FOUNDATION | Unsecured | 98.54 | NA | NA | .00 | .00 |
| DESOTO EAR, NOSE, & THROAT | Unsecured | 127.08 | NA | NA | .00 | .00 |
| FAMILY CHOICE | Unsecured | .01 | 1,792.56 | .00 | .00 | .00 |
| FAMILY MEDICAL CLINIC | Unsecured | 37.20 | NA | NA | .00 | .00 |
| FDOT | Unsecured | 13.54 | NA | NA | .00 | .00 |
| FIRST METROPOLITAN FINANCIAL SVCS | Unsecured | .01 | 1,435.32 | 1,435.32 | .00 | .00 |
| FRIGG FINANCE LLC | Unsecured | .01 | 1,680.24 | 1,680.24 | .00 | .00 |
| GETGREEN 123 | Unsecured | 1,721.27 | NA | NA | .00 | .00 |
| GLOBAL LENDING SERVICES, LLC | Secured | 30,482.00 | 30,982.93 | 30,982.93 | .00 | .00 |
| HEIGHTS FINANCE DBA FIRST HERITAGE | Unsecured | 2,239.00 | 2,301.83 | 2,301.83 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 5,021.00 | 1,186.75 | 1,587.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 9,491.39 | 9,090.39 | .00 | .00 |
| LABCORP | Unsecured | 76.00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | Unsecured | 75.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT INC | Unsecured | 394.00 | 378.26 | 378.26 | .00 | .00 |
| MIDSOUTH MEDICINE PC | Unsecured | 22.40 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 32,867.00 | NA | NA | .00 | .00 |
| MONEY TYME BATESVILLE | Unsecured | 1,576.45 | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | 3,756.00 | 4,256.64 | 4,256.64 | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Unsecured | NA | 452.54 | 452.54 | .00 | .00 |
| MY QUICK WALLET | Unsecured | 730.00 | NA | NA | .00 | .00 |
| NO WORRIES AUTO GROUP | Secured | 5,000.00 | 4,901.25 | 4,901.25 | .00 | .00 |
| NO WORRIES AUTOMOTIVE GROUP | Secured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Secured | 4,611.00 | 14,549.87 | 4,358.00 | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | NA | 10,191.87 | 10,191.87 | .00 | .00 |
| OXFORD SURGICAL & BARIATIC CLINIC | Unsecured | 67.00 | NA | NA | .00 | .00 |
| PATHGROUP | Unsecured | 787.00 | NA | NA | .00 | .00 |
| PERCH LOANS | Unsecured | 750.00 | NA | NA | .00 | .00 |
| PROGRESSIVE LEGAL GROUP | Unsecured | 760.66 | NA | NA | .00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Secured | 15,551.00 | 15,551.00 | 15,551.00 | .00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Unsecured | 2,414.00 | 2,338.60 | 2,338.60 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: GLENN WILLIAMS  
      TOUSHA FLOWERS WILLIAMS  
      Debtor(s)

Case No.: 24-11226-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RED RIVER FEDERAL CREDIT UNION | Unsecured | 1,154.00 | 1,154.06 | 1,154.06 | .00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Unsecured | .01 | 149.99 | 149.99 | .00 | .00 |
| RENASANT BANK | Unsecured | 659.00 | 601.44 | 601.44 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | .01 | 76.00 | 76.00 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | .01 | 428.59 | 428.59 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 719.00 | 452.20 | 452.20 | .00 | .00 |
| SOUTHWEST CREDIT | Unsecured | 297.89 | NA | NA | .00 | .00 |
| TANNEHILL, CARMEAN & MCKENZIE | Unsecured | 392.00 | NA | NA | .00 | .00 |
| TELECOM SELF-REPORTED | Unsecured | 45.00 | NA | NA | .00 | .00 |
| TELECOM SELF-REPORTED | Unsecured | 158.00 | NA | NA | .00 | .00 |
| THE HILL FIRM PLLC | Unsecured | 1,600.00 | NA | NA | .00 | .00 |
| THE WOMENS CLINIC | Unsecured | 34.20 | NA | NA | .00 | .00 |
| UNIFORM TRAFFIC CITATION FLORIDA | Secured | NA | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU, INC | Unsecured | 1,465.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | 252.00 | NA | NA | .00 | .00 |
| WEINSTEIN AND RILEY, P.S. | Unsecured | 1,675.00 | 1,675.92 | 1,675.92 | .00 | .00 |
| WEINSTEIN AND RILEY, P.S. | Unsecured | .01 | 1,528.71 | 1,528.71 | .00 | .00 |
| WILLIAMS & FUDGE INC | Unsecured | 5,776.00 | NA | NA | .00 | .00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | 4,995.00 | 4,247.96 | 4,247.96 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: GLENN WILLIAMS　　　　　　　　　　　　　　　　　　　　　　Case No.: 24-11226-JDW
TOUSHA FLOWERS WILLIAMS
　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD ACCEPTANCE CORPORATION | Unsecured | 5,002.00 | 4,343.12 | 4,343.12 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 84,654.62 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 84,654.62 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 5,844.39 | .00 | .00 |
| **TOTAL PRIORITY:** | 5,844.39 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 56,424.67 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,634.87 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $5,634.87 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/31/2025　　　　　　　　　　　　By: /s/Locke D. Barkley
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.